# United States District Court
## District of Massachusetts

|  |  |  |
|---|---|---|
| DONALD RENKOWIC, | ) | ORDER ON APPLICATION |
| Plaintiff | ) | TO PROCEED WITHOUT |
| | ) | PREPAYMENT OF FEES |
| v. | ) | |
| | ) | |
| FRANKLIN COUNTY HOUSE OF | ) | |
| CORRECTIONS, et al., | ) | |
| Defendants | ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under

28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒    GRANTED.

    ☒    The clerk is directed to file the complaint.

    ☒    IT IS FURTHER ORDERED that the clerk issue summons and the United
States marshal serve a copy of the complaint, summons and this order
upon the defendant(s) as directed by the plaintiff.  All costs of service shall
be advanced by the United States.

☐    DENIED, for the following reasons:

_____

ENTERED on   October 8, 2004   .

                 /s/ Kenneth P. Neiman
                 KENNETH P. NEIMAN
                 U.S. Magistrate Judge