UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC
    PLAINTIFF.

CIVIL ACTION
NO. 04 cv 30202-MAP

Vs.

FRANKLIN COUNTY HOUSE OF CORRECTION AND
JAIL, SHERIFF FREDERICK MACDONALD, ET,.AL;.

### MOTION TO COMPEL PRODUCTION, INSPECTION, AND COPYING OF DOCUMENTS IN CASE OF OBJECTIONS OR FAILURE TO RESPOND

THE PLAINTIFF DONALD RENKOWIC, MOVES THE COURT FOR AN ORDER REQUIRING THE DEFENDANTS TO PRODUCE, AND TO PERMIT THE PLAINTIFF TO INSPECT, AND TO COPY OR PHOTOGRAPH, EACH OF THE FOLLOWING DOCUMENTS IN HIS (6) SIX PART FOLDER ; AND THE FRANKLIN COUNTY SHERIFFS OFFICE GENERAL ORDER(s) , INCLUDING POLICIES AND PROCEDURES FOR SUCH CODE OF MASSACHUSETTS REGULATIONS ;

1.) REQUEST FORMS, ANY AND ALL FROM JUNE 11,2004, THROUGH PRESENT TIME CONCERNING INMATE RENKOWIC.

2.) GRIEVANCE FORMS , ANY AND ALL, FROM JUNE 11.2004, THROUGH PRESENT TIME CONCERNING INMATE RENKOWIC.

3.) DISCIPLINARY REPORTS, AND HEARING DOCUMENTS, ANY AND ALL FROM JUNE 11,2004, THROUGH PRESENT TIME CONCERNING INMATE RENKOWIC.

4.) MEDICAL RECORDS, ANY AND ALL , FROM JUNE 11,2004, THROUGH PRESENT TIME CONCERNING INMATE RENKOWIC.

5.) FRANKLIN COUNTY SHERIFFS OFFICE GENERAL ORDERS, ANY AND ALL FOR THE FOLLOWING ; SANITATION REQUIREMENTS, CODE OF MASSACHUSETTS REGULATIONS ;

    103 C.M.R. 902.01, DEFINITIONS, 103 C.M.R. 920.01 THROUGH 103 C.M.R.920.07 PHYSICAL PLANT, 103 C.M.R.926.01 THROUGH 103 C.M.R.926.04,

SPECIAL MANAGEMENT INMATES, 103 C.M.R. 973.01 THROUGH 103 C.M.R. 973.08, SAFETY AND EMERGENCY STANDARDS, 103 C.M.R. 974.01 THROUGH 103 C.M.R. 974.12, SANITATION AND HYGIENE,.

THIS MOTION IS MADE ON THE GROUND THAT THE PLAINTIFF SERVED A WRITTEN REQUEST UPON THE DEFENDANTS FOR PRODUCTION, INSPECTION, AND COPYING OR PHOTOGRAPHING THE ABOVE MENTIONED DOCUMENTS, A COPY OF WHICH IS ATTACHED HERETO AS EXHIBIT 'A', AND THAT THE DEFENDANTS OBJECTED TO SEND PRODUCTION BY NOT RESPONDING TO SAID REQUEST OR THAT THE DEFENDANTS HAS FAILED AND REFUSED TO RESPOND TO THE PLAINTIFFS REQUEST AS REQUIRED BY RULE 34, MASSACHUSETTS RULES OF CIVIL PROCEDURES.

THE DOCUMENTS REQUESTED BY THE PLANTIFF CONTAIN RELEVENT AND MATERIAL EVIDENCE IN THE ABOVE ACTION AND THEIR PRODUCTION IS NECESSARY FOR THE PLAINTIFF TO PREPARE FOR A NEW CIVIL ACTION OR TRIAL

DATE; 9-28-04

RESPECFULLY SUBMITTED,

DONALD RENKOWIC, PRO SE
160 ELM STREET
GREENFIELD, MASS. 01301.

# INMATE REQUEST FORM
*Petición De Los Confinados*

**INMATE NAME:** Donald Renkovic
NOMBRE DEL CONFINADO

**DATE:** 7/10/04
FECHA

☐ House Block/East   ☒ House Block/West   ☐ Jail Block
☐ Modular Unit       ☐ Special Unit        ☐ Women's Ward

**STATE NATURE OF REQUEST:**
EXPLIQUE SU PETICION

Mr. Fitzpatrick I would like to review my 6 para folder and I would like to have copies most of such documents — Request forms Greivents Filers, Disciplinary Reports, medical Records

**REPLY TO REQUEST:**
REPUESTA A LA PETICION

**OFFICER'S SIGNATURE:** _____

**NOTARY PUBLIC AVAILABLE**

INMATE'S COPY

FACILITY-10 (11/06/03)

---

**Commonwealth of Massachusetts**
**Office of the Sheriff**
**Franklin County**

**TO SEE:**
(para ver)

☐ Superintendent Byron
☒ Deputy Superintendent Fitzpatrick
☐ Deputy Superintendent Hall
☐ Deputy Superintendent Sheperd, Jr.
☐ A.D.S. Swartz
☐ Captain Ballard — Classification
☐ Captain Brown — Shift Captain
☐ Captain Hill — Shift Captain
☐ Captain Schindler — Shift Captain
☐ Captain Troczynski — Shift Captain
☐ Captain Waldron — Shift Captain
☐ Lieutenant Zewski — Records
☐ C.O. Carme — Block Jobs
☐ C.O. LaBelle — Block Jobs
☐ C.O. Togneri — Property
☐ Mr. Chromey — RSAT
☐ Mr. Downey — Education
☐ Ms. Fortin — Good Time
☐ Ms. Lovett — Inmate Accounts
☐ Mr. Quinn-O'Connor — C.D.C.
☐ Mr. Parziale — Director Clinical Services
☐ Mr. Rathschmidt — Education
☐ Mr. Sabella — Inner Strength
☐ Ms. Saraceno — Substance Abuse Coordinator
☐ Ms. Wiater — Classification Manager
☐ Parole
☐ Other _____

## CERTIFICATE OF SERVICE

I, Donald Renkowic, PRO SE, HEREBY CERTIFY THAT ON THIS 28 DAY OF September 2004, I HAVE SERVED THE FOREGOING DOCUMENTS BY MAILING FIRST CLASS, POSTAGE PREPAID, A TRUE COPY OF SAME TO THE DEFENDANTS, AND THEIR ATTORNEY, AT THE FOLLOWING ADDRESSES;

DONALD RENKOWIC, PRO SE