UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC
    PLAINTIFF.

Vs.

**04 - 30202 - MAP**

FRANKLIN COUNTY HOUSE OF CORRECTION AND
JAIL, SHERIFF FREDERICK MACDONALD, ET., AL.
    DEFENDANTS.

### AFFIDAVIT IN SUPPORT OF A MOTION TO COMPEL PRODUCTION

I DONALD RENKOWIC, BEING FIRST DULY SWORN, ON HIS OATH STATES ;

THAT HE IS THE ABOVE NAMED PLAINTIFF AND HE MAKES THIS AFFIDAVIT IN SUPPORT OF THE MOTION FOR PRODUCTION OF DOCUMENTS AND THINGS FOR INSPECTION, COPYING AND PHOTOGRAPHING WHICH IS ATTACHED HERETO ; THAT THE PRODUCTION OF THE DOCUMENTS, PAPERS, STATEMENTS, AND THINGS REQUESTED IS MADE IN GOOD FAITH; THAT HE HAS BEEN INFORMED AND THEREFORE BELIEVES THAT THE MATTERS AND THINGS SO SOUGHT IN THE MOTION ARE COMPETENT AS EVIDENCE IN SAID CAUSE AND ARE ESPECIALLY COMPETENT BY REASON OF THE FACT THAT THE DOCUMENTS ARE NECESSARY FOR SUPPORTING HIS COMPLAINT; THAT THE FACTS SOUGHT TO BE ELICITED ARE FACTS NECESSARY TO BE SHOWN AND PRODUCED IN SAID CAUSE IN THE FURTHERANCE OF JUSTICE AND IN SECURING ALL THE FACTS COMPETENT UPON THE ISSUES TO BE TRIED.

THE MOTION HEREIN MADE IS MADE IN GOOD FAITH AND THE AFFIANT AS ONE OF COUNSEL FOR THE PLAINTIFF DESIRES TO INSPECT THE DOCUMENTS SOLELY FOR THE PURPOSE OF ESTABLISHING FACTS TO BE USED AS EVIDENCE IN THE ABOVE CAUSE AND THE AFFIANT DOES NOT INTEND TO USE SAID INFORMATION FOR ANY OTHER PURPOSE OR TO CONVEY THE SAME TO ANY OTHER PARTY OR PERSONS

DATED THIS ____28th____ DAY OF _September_ 2004,

                                              _____
                                              DONALD RENKOWIC, PRO SE.
                                              160 ELM STREET
                                              GREENFIELD, MASS. 01301