UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC  
    PLAINTIFF.

CIVIL ACTION
NO._____

04-30202-MAP

Vs

FRANKLIN COUNTY,
FRANKLIN COUNTY HOUSE OF CORRECTION,
SHERIFF FREDERICK MACDONALD,
SUPERINTENDENT BYRON, DEPUTY SUPERINTENDENT,
FRITZPATRICK, DEPUTY SUPERINTENDENT, SHEPERD, Jr.

DEFENDANTS

MOTION FOR APPOINTMENT OF COUNSEL

THE PLAINTIFF DONALD RENKOWIC, PRO SE, HEREBY MOVES THIS COURT FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THE ABOVE -ENTITLED ACTION, AS GROUNDS THEREFORE, THE PLAINTIFF STATES THAT HE IS INDIGENT, HAS FILED AN AFFIDAVIT OF INDIGENCY, IS CURRENTLY INCARCERATED, CONFINED AT FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL, THE PLAINTIFF ALSO STATES THAT THE FACILITY HAS HIRED AN OUTSIDE ATTORNEY TO HELP INMATES WITH THIER CRIMINAL CASES. THE ATTORNEY CAN NOT AND WILL NOT HELP WITH CIVIL ACTIONS AGAINST FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL, INCLUDING THE STAFF MEMBERS. SO THE PLAINTIFF IS WITHOUT ANY ASSISTANCE IN THE ABOVE MATTERS.

DATE: 9-28-04

RESPECTFULLY SUBMITTED,

_____
DONALD RENKOWIC, PRO SE
160 ELM STREET
GREENFIELD, MASS. 01301