UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____,SS                                    CIVIL ACTION
                                                  NO._____

                                        04-30202-MAP

DONALD RENKOWIC
       PLAINTIFF.

VS.

FRANKLIN COUNTY,
FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL,
SHERIFF FREDERICK MACDONALD,
SUPERINTENDENT, BYRON,
DEPUTY SUPERINTENDENT, SHEPERD,
DEPUTY SUPERITENDENT, FRITZPATRICK,
CAPTIN HILL,
SERGEANT HAWKENS, SECRETARY DEFEO. AND OTHERS ET,. AL.

                                        DEFENDANTS.


MOTION OF THE PLAINTIFF'S FOR SERVICE BY REGULAR FIRST CLASS MAIL


     THE PLAINTIFF DONALD RENKOWIC, PRO SE, HEREBY MOVES THIS
COURT IN ORDER THAT SERVICE OF COMPLAINT AND OTHER DOCUMENTS
BE EFFECTED BY REGULAR FIRST CLASS MAIL, AS GROUNDS THEREFORE,
THE PLAINTIFF STATES THAT HE IS A PRISONER CURRANTLY CONFINED
AT THE FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL, LOCATED
AT 160 ELM STREET, GREENFIELD, MASS. 01301, AND IS INDIGENT,
AS DEMONSTRATED BY THE ATTACHED AFFIDAVIT OF INDIGENCY, AND
SINCE THE DEFENDANTS REFUSE TO SEND OUT LEGASL CORRESPONDENCE
FOR THE PLAINTIFF (COURTS, ATTORNEY'S, ECT,.) including his
personal correspondence

     IN THE ALTERNATIVE THE PLAINTIFF REQUESTS THAT SERVICE BE
EFFECTED BY CERTIFIED MAIL.


DATE : 9-28-04                      RESPECFULLY SUBMITTED,

                                    _____
                                    DONALD RENKOWIC, PRO SE
                                    160 ELM STREET
                                    GREENFIELD, MASS. 01301

## CERTIFICATE OF SERVICE

I _Donald Renkowic_, PRO SE, HEREBY CERTIFY THAT ON THIS __28__ DAY OF _September_ 2004, I HAVE SERVED THE FOREGOING DOCUMENTS BY MAILING FIRST CLASS, POSTAGE PREPAID, A TRUE COPY OF SAME TO THE DEFENDANTS, AND THEIR ATTORNEY, AT THE FOLLOWING ADDRESSES ;

_[signature]_
DONALD RENKOWIC, PRO SE