UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD RENKOWIC<br>      Plaintiff,<br>v.<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>SHERIFF FREDERICK MACDONALD,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT FRITZPATRICK,<br>CAPTAIN HILL, SARGEANT CINDY HAWKENS AND<br>SECRETARY DEFEO<br>      Defendants. | CIVIL ACTION<br>NO. 04-30202-MAP |

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my appearance as attorney for the Defendants Franklin County House of Corrections, Sheriff Frederick Macdonald, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Fritzpatrick, Captain Hill, Sargeant Cindy Hawkens and Secretary Defeo, Defendants, in the above-entitled action.

            Respectfully submitted,
            Commonwealth of Massachusetts
            By Its Attorney,

            THOMAS F. REILLY
            ATTORNEY GENERAL

            _____
            William P. O'Neill  BBO#379745
            Assistant Attorney General
            Western Massachusetts Division
            1350 Main Street
            Springfield, MA 01103-1629
            (413)784-1240 FAX: 784-1244