**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Donald Renkowic | 04-30202 MAP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Mass. Attorney General Office | Civil |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mass. Attorney General Office — Tom Reilly

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** One Ashburton Place 20th Floor, Boston, Mass 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donald Renkowic
160 Elm St
Greenfield, Mass. 01301

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: —
DATE: 10-19-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: David Spella
Date: 11/1/04

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Akiti Chandler (sec)

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/8/04
Time: 9:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $1.46 | — | $46.46 | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Donald Renkowic
Plaintiff

v.

Franklin County et al.,
Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30202-MAP

TO: (Name and address of defendant)

Tom Rielly, Attorney General
One Ashburton Place
20th Flr. Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 10/26/04

(BY) DEPUTY CLERK

# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| DONALD RENKOWIC,<br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>FRANKLIN COUNTY HOUSE OF<br>CORRECTIONS, et al.,<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>04-30202-MAP<br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

　　☒   The clerk is directed to file the complaint.

　　☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on   October 8, 2004   .

　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

