TO ;

I AM SENDING YOU THIS LETTER IN REGARDS TO MY ADDRESS CHANGE

THE FOLLOWING ADDRESS CHANGE IS AS FOLLOWS ;

FROM ;

    DONALD RENKOWIC

    160 ELM STREET

    GREENFIELD, MASS. 01301

TO ;

    DONALD RENKOWIC

    205 Rocky Hill Rd

    Northampton, Mass

    01061

DATE ; 12/20/04

SINCERELY,

[signature]