UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD RENKOWIC<br>          Plaintiff,<br>v.<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>SHERIFF FREDERICK MACDONALD,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT FRITZPATRICK,<br>CAPTAIN HILL, SARGEANT CINDY HAWKENS AND<br>SECRETARY DEFEO<br>          Defendants. | CIVIL ACTION<br>NO. 04-30202-MAP |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Now come the Defendants Sheriff Frederick Macdonald, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Fritzpatrick, Captain Hill, Sargeant Cindy Hawkens and Secretary Defeo, Defendants, in the above-entitled action and move this Court to Reconsider its Order granting the Plaintiff's Motion to Compel.

In support of such Motion for Reconsideration, the Defendants state that neither they nor their counsel were provided with copies of either the Plaintiff's Motion to Compel or the underlying request that the Plaintiff sought to compel. The Defendants state that if they had been served with the underlying request, compliance would have been made in a timely manner or an extension of time would have been sought. Further, the Defendants were unable to oppose the Plaintiff's Motion to Compel since they were unaware of such a Motion.

The Defendants request that the Plaintiff be required to provide their counsel with the underlying request and that they be allowed a reasonable time to respond to such a request. Further, the Defendants would request that the Court instruct the Plaintiff to provide copies of all documents

he files with the Court to counsel for the Defendants.

WHEREFORE, the Defendants respectfully request that the Court reconsider Order granting the Plaintiff's Motion to compel until after a reasonable period of time has elapsed after the Plaintiff has provided the Defendants' counsel of the underlying requests.

Respectfully submitted,
Commonwealth of Massachusetts
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

William P. O'Neill  BBO#379745
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413)784-1240 FAX: 784-1244

## CERTIFICATE OF SERVICE

I, William P. O'Neill, hereby certify that on _January 14, 2005, I served a copy of the foregoing **DEFENDANTS' MOTION FOR RECONSIDERATION** by First-Class Mail, postage prepaid upon plaintiff pro se: Donald Renkowic, 205 Rocky Hill Road, Northampton, Massachusetts 01061.

William P. O'Neill
Assistant Attorney General