Dear Clerk/Magistrate,    1-11-05

could you please tell me how I read this notice?

Judge Kenneth Neiman, Electronic order entered granting without objection

(3.) Plaintiff's motion to Compel denying without prejudice

(5.) Plaintiff's motion to Appoint Counsel and granting

(6.) Plaintiff's motion for Service by Regular mail, it appearing that counsel's appearance has been filed with regard to the remaining defendants, the remaining defendants shall forthwith file their responses to Plaintiff's Complaint

In regards to this is it fair to say that a counsel is appointed to me or I am not reading the document the correct way please clarify this for me Thank you for your attention to this matter

Sincerely
Donald Renkowic

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Neiman, Kenneth entered on 1/6/2005 at 2:01 PM EST and filed on 1/6/2005
Case Name: Renkowic v. Franklin County et al
Case Number: 3:04-cv-30202
Filer:
Document Number:

Docket Text:
Judge Kenneth P. Neiman : ElectronicORDER entered granting without objection [3] Plaintiff's Motion to Compel; denying without prejudice [5] Plaintiff's Motion to Appoint Counsel; and granting [6]Plaintiff's Motion for service by regular mail, it appearing that counsel's appearance has been filed with regard to the remaining defendants. The remaining defendants shall forthwith file their responses to Plaintiff's complaint. (Neiman, Kenneth)

The following document(s) are associated with this transaction:


3:04-cv-30202 Notice will be electronically mailed to:

3:04-cv-30202 Notice will not be electronically mailed to:

Donna L. MacNichol
393 Main Street
P.O. Box 985
Greenfield, MA 01302

William P. O'Neil
Office of the Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629

Donald Renkowic
205 Rocky Hill Road
Northampton, MA 01061