UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DONALD RENKOWIC
    PLAINTIFF.

CIVIL ACTION
NO. # 04-30202-MAP

Vs.

FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL
SHERIFF FREDERICK MACDONALD,
SUPERINTENDENT BYRON,
DEPUTY SUPERINTENDENT SHEPERD,
DEPUTY SUPERINTENDENT FRIZPATRICK,
CAPTAIN HILL,
SERGEANT CINDY HAWKINS,
SECRETARY Ms.DEFEO,
        DEFENDANTS.


## PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS


    NOW COMES THE PLAINTIFF DONALD RENKOWIC, PRO SE, MOVES THIS COURT TO DENY THE DEFENDANTS MOTION TO DISMISS IN THE ABOVE ENTITLED MATTER FOR THE FOLLOWING REASONS :


1.) THE PLAINTIFF HAS SHOWN THAT HE HAS A CLAIM OR CLAIMS UNDER THE EIGHTH, SIXTH, FIRST, ADMENDMENTS, IN HIS COMPLAINT AGAINST THE DEFENDENTS.

2.) THE DEFENDANTS HAVE BEEN VIOLATING THE FEDERAL AND STATES LAWS CONCERNING THE ACTIONS TAKEN IN THE PLAINTIFFS COMPLAINT.

    WHEREFORE : THE DEFENDANTS, FRANKLIN COUNTY HOUSE OF CORRECTION AND JAIL SHOULD NOT BE ALLOWED THE MOTION TO DISMISS DUE TO THE PLAINTIFFS ALLEGED VIOLATIONS AGAINST THE DEFENDANTS.

RESPECTFULLY SUBMITTED,

*[signature]*

DONALD RENKOWIC, PRO SE.
205 ROCKY HILL ROAD
NORTHAMPTON, MASS. 01061

## CERTIFICATE OF SERVICE

I, DONALD RENKOWIC, PRO SE, HEREBY CERTIFY THAT ON THIS 12th + 28th DAY January 2005, I HAVE SERVED THE FOREGOING DOCUMENTS TO THE DEFENDANTS ATTORNEY BY FIRST CLASS, POSTAGE PREPAID UPON THE DEFENDANTS ATTORNEY A TRUE COPY OF SUCH:

William O'Neill Assistant Attorney General
1550 Main St
Springfield Mass
01103

RESPECTFULLY SUBMITTED,

*[signature]*

DONALD RENKOWIC, PRO SE.
205 ROCKY HILL ROAD
NORTHAMPTON, MASS. 01061