as of;

DATE : *April 18th, 2005*

```
                                    DONALD RENKOWIC
                                    24 CROSS STREET
                                    FLORENCE, MASS.
                                              01062
```

I AM SENDING YOU THIS LETTER IN REGARDS TO MY ADDRESS CHANGE :

THE FOLLOWING ADDRESS CHANGE IS AS FOLLOWS :

FROM :   DONALD RENKOWIC
         205 ROCKY HILL ROAD / P.O. BOX 7000
         NORTHAMPTON, MASS.
                   01061

TO :   DONALD RENKOWIC
       24 CROSS STREET
       FLORENCE, MASS.
                 01062

THANK YOU FOR YOUR TIME AND ATTENTION TO THIS ADDRESS CHANGE.

                                    SINCERELY,

                                    *[signature]*