UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC,            )
    Petitioner          )
                        )
          v.            )   C.A. NO. 04-30202-MAP
                        )
FRANKLIN COUNTY HOUSE OF    )
CORRECTION, ET AL,          )
    Respondents         )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
DEFENDANTS' MOTION TO DISMISS
(Docket Nos. 16 & 24)

May 19, 2005

PONSOR, D.J.

    The petitioner brought a pro se action against the Franklin County Jail, where he was a former inmate, as well as four of the jail's administrators.  Defendants filed a Motion to Dismiss, and on April 27, 2005, Magistrate Judge Kenneth P. Neiman issued his Report and Recommendation, to the effect that the defendants' motion should be allowed. See Docket No. 24.  No objection to this Report and Recommendation has been filed by the petitioner in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

    Having now reviewed the Report and Recommendation, and finding that it is well supported by the facts of this case and the applicable law, and noting that the petitioner has

not filed an objection, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated April 17, 2005 is hereby ADOPTED. The defendants' Motion to Dismiss (Docket No. 16) is hereby ALLOWED and this case is hereby ordered DISMISSED. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge