UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD RENKOWIC,
        Petitioner (Plaintiff)

v.　　　　　　　　　　　　CIVIL ACTION: 04-30202-MAP

FRANKLIN COUNTY HOUSE OF
CORRECTION, ET AL,
        Respondent(s) [Defendant(s)]

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J..;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　**Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendants' (Respondents') pursuant to the Memorandum and Order of the Court entered this date adopting the Magistrate Judge's Report and Recommendation and granting the Defendants' (Respondents') motion to dismiss and dismissing the case.

.

　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: May 19,, 2005　　　　　　　　By  /s/ Mary Finn
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Judgment Civil.wpd - 11/98)　　　　　　　　　　　　　　　　　　[jgm.]